```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 06 B 12086
   JANUSZ JACEK TRAWKOWSKI
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR
          Debtor
   SSN XXX-XX-3353
```

---
          TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 09/25/06 and confirmed on 12/08/06.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $   3907.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMC MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| CHICAGO OFFICE TECH GRP | UNSECURED | NOT FILED | .00 | .00 |
| DHL | UNSECURED | NOT FILED | .00 | .00 |
| HERITAGE PROPERTY | UNSECURED | NOT FILED | .00 | .00 |
| JA MOYERS & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| KEY EQUIPMENT FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| LIBERTYVILLE BANK & TRUS | UNSECURED | NOT FILED | .00 | .00 |
| NAB | UNSECURED | 240.00 | .00 | 240.00 |
| SECURITY ALARM FINANCING | UNSECURED | NOT FILED | .00 | .00 |
| STEVEN ROGERS | UNSECURED | NOT FILED | .00 | .00 |

          Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 240.00 | .00 | 240.00 |
| PRINCIPAL PAID | .00 | .00 | 240.00 | .00 | 240.00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 240.00 | .00 | 240.00 |

The Debtor's attorney, DAVID P LEIBOWITZ            , was allowed $   3500.00
and was paid $    275.00  direct and $   3225.00  through the plan.

The Trustee received $     142.80 .

Refunds to the Debtor totaled $     299.20 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

Dated: 12/10/08                    /s/
                         GLENN STEARNS
                         CHAPTER 13 TRUSTEE