UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  
JANUSZ JACEK TRAWKOWSKI

CASE NO. 06 B 12086

CHAPTER 13

JUDGE: A. BENJAMIN GOLDGAR

Debtor  
SSN XXX-XX-3353

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 09/25/06 and confirmed on 12/08/06.

2. The plan is paid in full.

3. The Debtor paid a total of $ 3907.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMC MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| CHICAGO OFFICE TECH GRP | UNSECURED | NOT FILED | .00 | .00 |
| DHL | UNSECURED | NOT FILED | .00 | .00 |
| HERITAGE PROPERTY | UNSECURED | NOT FILED | .00 | .00 |
| JA MOYERS & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| KEY EQUIPMENT FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| LIBERTYVILLE BANK & TRUS | UNSECURED | NOT FILED | .00 | .00 |
| NAB | UNSECURED | 240.00 | .00 | 240.00 |
| SECURITY ALARM FINANCING | UNSECURED | NOT FILED | .00 | .00 |
| STEVEN ROGERS | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 240.00 | .00 | 240.00 |
| PRINCIPAL PAID | .00 | .00 | 240.00 | .00 | 240.00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 240.00 | .00 | 240.00 |

The Debtor's attorney, DAVID P LEIBOWITZ              , was allowed $   3500.00 and was paid $    275.00  direct and $   3225.00  through the plan.

The Trustee received $     142.80 .

Refunds to the Debtor totaled $     299.20 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 02/14/08                    /s/
                           GLENN STEARNS
                           CHAPTER 13 TRUSTEE
```

```
                     PAGE   2
     CASE NO. 06 B 12086 JANUSZ JACEK TRAWKOWSKI
```